```
MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
Telephone: (415) 882-7900

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.;<br><br>    Plaintiffs,<br><br>v.<br><br>NEW PROVIDENCE INTERIORS, INC.<br><br>    Defendant. | CASE NO.: C 05-3257 WDB<br><br>**REQUEST FOR VOLUNTARY DISMISSAL** |

Plaintiffs hereby request dismissal of this action without prejudice, under Federal Rule of Civil Procedure 41(a). Defendant has not filed an Answer or a Motion for Summary Judgment; Plaintiffs have not previously filed or dismissed any similar action against defendant. The matter has now been settled between the parties.

Dated: November 10, 2005

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

**IT IS SO ORDERED**.

Date: 11/14/05 _____

_____
UNITED STATES MAGISTRATE JUDGE
Judge Wayne D. Brazil

**REQUEST FOR VOLUNTARY DISMISSAL**
1
C 05-3257 WDB

PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 10, 2005, I served the following document:

REQUEST FOR VOLUNTARY DISMISSAL

on interested parties in this action:

Ronald Cisneros
New Providence Interiors, Inc.
3742 Sailboat Drive
Discovery Bay, CA 94514

by placing a true copy thereof enclosed in sealed envelope(s), with postage fully prepaid for first-class mail addressed to the parties listed below and deposited for mailing at San Francisco, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 10, 2005, at San Francisco, California.

_____/s/_____
Tamra Brown

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REQUEST FOR VOLUNTARY DISMISSAL**
**C 05-3257 WDB**
3